UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FREDERICK O'NEAL, JR., | |
| Plaintiff, | CIVIL ACTION FILE |
| v. | NO. 1:12-CV-2951-SCJ |
| VETERANS PROPERTY MASTERS, LLC, MEAGAN BOSON, and TIMOTHY BOSON, | |
| Defendants. | |

## ORDER

This matter is before the Court on the stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) as filed by all parties on January 29, 2013 [Doc. No. 9]. The stipulation is **APPROVED** and this civil action is hereby **DISMISSED** without prejudice.

**IT IS SO ORDERED**, this 30th day of January, 2013.

s/Steve C. Jones
STEVE C. JONES
UNITED STATES DISTRICT JUDGE